**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-00217-002-PHX-DGC |
| Plaintiff, | ) | |
| vs. | ) | |
| Osvaldo Pozo-Parra, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on September 13, 2006.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated this Court's order that he not travel outside of the State of Arizona without the expressed prior permission from the Court or Pretrial Services.

**THE COURT FURTHER FINDS** that the Defendant is not a citizen or national of the United States and that he is currently in the United States unlawfully and due to the nature of the charge which carries a minimum mandatory prison sentence of 10 years up to life for a first offense.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions of release if he were to be released.

1  **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2  the court.

3  DATED this 22nd day of September, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge