**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | CR 05-217-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Osvaldo Pozo-Para, | |
| Defendant. | |

Defendant Osvaldo Pozo-Para has filed a Motion to Reinstate and Exonerate Appearance Bond. Dkt. #95. The Government has filed an opposition. Dkt. #96. Defendant has filed no reply.

On February 8, 2006, the Government filed a motion to forfeit the $100,000 bond posted by the Defendant and a surety because the Defendant violated the conditions of his release, a petition to revoke was submitted, and an arrest warrant was issued. Dkt. #55. On March 23, 2006, the Court issued an order forfeiting the bond. Dkt. #56. Thereafter, the Government filed a motion for hearing and requested a judgment declaring the bond forfeited. Dkt. #57. Notice of this motion was sent to Defendant's counsel and to the surety for the bond. On July 17, 2006, the Court held a hearing on the Government's motion. Dkt. #59. Counsel for Defendant and the surety failed to appear. Dkt. #59. The Court entered judgment on the bond. Dkt. #60.

Defendant's present motion fails to show why the Court's previous judgment was in error. The motion will therefore be denied.

1

   **IT IS ORDERED** that Defendant's Motion to Reinstate and Exoneration of

2

Appearance Bond (Dkt. #95) is **denied**.

3

   DATED this 17th day of January, 2008.

4

5

6

_____
David G. Campbell
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28